**Dismissed and Memorandum Opinion filed April 3 , 2014.**



**In The**

# 𝕱𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝕮𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

## NO. 14-13-00885-CV

**DAVID FITZGERALD, Appellant**

**V.**

**JACKSON HINDS GARDEN, Appellee**

**On Appeal from County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1036844**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 7, 2013. The clerk's record was filed December 27, 2013. No reporter's record was taken. No brief was filed.

On February 7, 2014, this court issued an order stating that unless appellant submitted a brief, together with a motion reasonably explaining why the brief was

late, on or before March 10, 2014, the court would dismiss the appeal for want of prosecution. See Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices McCally, Busby, and Donovan.